UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK P. MAHANEY, | No. C-12-1214 EMC |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S FAILURE TO RESPOND TO ORDER TO SHOW CAUSE** |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |
| _____/ | |

Previously, this Court ordered Plaintiff Mark P. Mahaney to show cause why his claims against Defendants should not be dismissed for failure to prosecute. Mr. Mahaney failed to file a response, in spite of the Court's warning that a failure to respond would result in a judgment against him and in favor of Defendants. Because Mr. Mahaney has failed to file a response, the Court hereby rules that judgment against Mr. Mahaney and in favor of Defendants is proper based on his failure to prosecute. The Clerk of the Court is instructed to enter judgment in accordance with this order and close the file in the case.

IT IS SO ORDERED.

Dated: May 25, 2012

_____
EDWARD M. CHEN
United States District Judge